## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

AUG 0 6 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ MM _____ DEP CLK

UNITED STATES OF AMERICA

**SEALED**
**WARRANT FOR ARREST**

V.

CRIMINAL CASE: 5:25-CR-161-M-RJ-6

HUA WU
a/k/a "ANDY"

To: The United States Marshal and any Authorized United States Officer.  YOU ARE HEREBY COMMANDED to arrest

**HUA WU** he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment ____ Superseding Indictment _____ Criminal Information _____

Complaint _____ Order of Court: _____ Violation Notice _____ Probation Violation Petition

charging him/her with:

Count 1 – 21 U.S.C. § 846: Conspiracy to distribute and possess with the intent to distribute marijuana
Count 3 – 21 U.S.C. § 841: Possess with the intent to distribute one thousand (1000) kilograms or more of marijuana
Count 4 – 18 U.S.C. § 1956(h): Money Laundering Conspiracy

Peter A. Moore, Jr.
Name of Issuing Officer

[signature] Carson Pendergr
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

JULY 1, 2025 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at 207 WALCOTT WAY CARY, NC |

| DATE RECEIVED | 7/30/25 ~~8/5/25~~ | NAME AND TITLE OF ARRESTING OFFICER EDDIE IRWIN SA, DEA | NAME AND TITLE OF ARRESTING JEFF HAND. SA, IRS-CI |
|---|---|---|---|
| DATE OF ARREST | 8/1/25 | | |