IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:25-CR-00161-M-RJ-6

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) **CONSENT MOTION FOR** |
| HUA WU | ) **PROTECTIVE ORDER** |
| a/k/a "Andy" | ) |
| | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, requests that this Court issue a protective order restricting the duplication and dissemination of discovery material in this case pursuant to Federal Rule of Criminal Procedure 16(d).

1. The discovery material to be produced to the defendant in this case is voluminous, including thousands of pages of documents and electronic evidence, some of which contain personal identifying information.

2. The discovery material to be produced to the defendant in this case also contains other confidential and/or sensitive information. Specifically, the discovery contains grand jury material as well as information and/or statements provided by cooperating witnesses.

3. It is within the Court's authority under Federal Rule of Criminal Procedure 16(d) to order that the use, further duplication and/or dissemination of the unredacted discovery material be restricted as set forth in the attached proposed protective order.

1

4. The United States has contacted counsel for the defendant, Abraham Rubert-Schewel and Carole Melissa Owen, and the defendant consents to this motion and the proposed protective order.

WHEREFORE, for the reasons stated above, the United States requests that this Court issue a Protective Order in this case.

Respectfully submitted this 2nd day of September, 2025.

W. ELLIS BOYLE
United States Attorney

BY: */s/ N. Tyler Lemons*
N. TYLER LEMONS
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: tyler.lemons@usdoj.gov
NC State Bar No. 46199

CERTIFICATE OF SERVICE

This certifies that a copy of this motion has, this 2nd day of September, 2025, been served upon the defendants by CM/ECF as follows:

| | |
|---|---|
| Abraham Rubert-Schewel<br>Tin Fulton Walker & Owen<br>119 East Main Street<br>Durham, NC 27701<br>919-451-9216<br>Email: schewel@tinfulton.com | Carole Melissa Owen<br>Tin Fulton Walker & Owen<br>301 E. Park Avenue<br>Charlotte, NC 28203<br>704-338-1220<br>Fax: 704-338-1312<br>Email: cmowen@tinfulton.com |

BY: */s/ N. Tyler Lemons*
N. TYLER LEMONS
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: tyler.lemons@usdoj.gov
NC State Bar No. 46199