# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO.: 5:25-CR-161-M-RJ-6

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HUA WU** | **CONSENT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES** |

NOW COMES defendant, through undersigned counsel, and hereby moves the Court to continue the motion deadlines and the arraignment/trial date set forth in the Scheduling Order (ECF Docket No. 044). In support of this motion, Defendant shows unto the Court the following:

1. Counsel for Defendant has consulted with counsel for the United States of America who consents to this motion.

2. The current Scheduling Order states that all pre-trial motions shall be filed no later than September 10, 2025, and that responses to motions shall be filed no later than September 24, 2025.

3. The current Scheduling Order states that this case is scheduled for arraignment and trial at the term of court commencing on October 7, 2025.

4. Defendant requires additional time to prepare his pre-trial motions and his trial defenses.

5. Defendant requests that the Court continue the deadline for filing pre-trial motions by sixty (60) days, through and including November 9, 2025, and to continue the

deadline for filing responses to motions by sixty (60) days, through and including November 23, 2025.

6.  Defendant requests that the Court continue the arraignment and trial of this matter until the next term of criminal court.

WHEREFORE, Defendant Wu respectfully moves this Court to amend the Scheduling Order to extend the deadline for filing pre-trial motions through and including November 9, 2025, for filing responses to motions through and including November 23, 2025, and to continue the arraignment and trial of this matter until the next term of criminal court.

Respectfully submitted this the 3rd day of September, 2025.

Respectfully submitted,

/s/ C. Melissa Owen
C. Melissa Owen (NC Bar No. 28903)
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
T: (704) 338-1220
F: (704) 338-1312
cmowen@tinfulton.com
*Counsel for Defendant*

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel (NC Bar No. 56863)
TIN FULTON WALKER & OWEN PLLC
119 Orange Street, Floor 2
Durham, NC 27701
Tel: (919) 307-8400
Fax: (704) 338-1312
schewel@tinfulton.com
*Counsel for Defendant*