IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-161-M-RJ-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUA WU,

    Defendant.

ORDER

This matter comes before the court on a motion to withdraw filed by counsel for Defendant, C. Melissa Owen and Abraham Rubert-Schewel [DE 57]. For good cause shown, the motion is GRANTED. Mr. Owen's and Mr. Rubert-Schewel's representation of the Defendant in this case is terminated. Defendant will continue to be represented by James B. Polk in this case.

SO ORDERED this 10th day of September, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE